# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-mj-03274 AOR

UNITED STATES OF AMERICA

v.

**GREG ALLISON CAPELLAN GARCIA,**

      **Defendant.**

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office Prior to August 9, 2013 (Mag. Judge Alicia Valle)?  __ Yes  _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  __ Yes  _X_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Elizabeth Young
Special Assistant United States Attorney
99 N.E. 4th Street
Miami, Florida 33132
Tel (202) 262-7560
Email: Elizabeth.Young@usdoj.gov

# United States District Court

_____ SOUTHERN _____ **DISTRICT OF** _____ FLORIDA _____

UNITED STATES OF AMERICA

v.

GREG ALLISON CAPELLAN GARCIA,

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:19-mj-03274 AOR

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about August 7, 2019, at the Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant, GREG ALLISON CAPELLAN GARCIA, did knowingly possess a counterfeited, altered, and falsely made document prescribed by statute and regulation as evidence of authorized stay and employment in the United States, that is, a Lawful Permanent Resident Card ("1-551") and Social Security card, which the defendant knew to be forged, counterfeited, altered, and falsely made, in violation of Title 18, United States Code, Section 1546(a).

I further state that I am an Enforcement Officer with U.S. Customs and Border Protection ("CBP"), and that this complaint is based on the following facts:

On or about August 7, 2019, the defendant, GREG ALLISON CAPELLAN GARCIA, arrived at Miami International Airport aboard American Airlines Flight #1306 from Santiago, Dominican Republic. The defendant presented a valid unexpired Dominican Republic passport and U.S. visa to CBP for an examination and entry into the United States. The defendant claimed ownership of his luggage and confirmed that the luggage and all the contents inside belonged to him. The defendant was referred to secondary inspection for admissibility verification. During an examination of the defendant's luggage, CBP Officers discovered a counterfeit I-551 card that contained a picture of the defendant and a social security card. Both documents contained the name "E.M" and were found inside the pocket of a pair of pants in defendant's luggage. A records check revealed that the alien number on the I-551 belonged to a Mexican female ("D.H.") who is a naturalized United States citizen, and that the social security card number was a valid number that did not belong to the defendant.

During a secondary interview, after CBP officers found the fraudulent documents, defendant claimed that his mother packed his bags, including the pants that contained the fraudulent documents. Defendant claimed that his cousin made the documents.

RAMON MELENDEZ, ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION

Sworn to before me, and subscribed in my presence,

AUGUST 8, 2019 _____
Date

at

Miami, Florida _____
City and State

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer